## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF PUERTO RICO

**IN RE:**

**CASE NO. 15-03752 ESL**

**Chapter 13**

**REINALDO PLAZA DIAZ**

**MARIA DE LOS ANGELES SIERRA FLORES**

**XXX-XX-0189**

**XXX-XX-0786**

**FILED & ENTERED ON 4/22/2016**

**Debtor(s)**

ORDER AND NOTICE

A hearing is hereby scheduled for **9/14/2016** at **02:00 P.M.** at JOSE V TOLEDO FED BLDG & US COURTHOUSE, 300 RECINTO SUR STREET, COURTROOM 2 SECOND FLOOR, SAN JUAN, PR; to consider the following: Trustee's Motion to Modify or Dismiss (docket #37) and Debtor's Reply (docket #39).

The Clerk shall give notice to all parties in interest.

In San Juan, Puerto Rico, this 22 day of April, 2016.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

C: All Creditors