# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

**Debtor**: REINALDO PLAZA DIAZ and MARIA DE LOS ANGELES SIERRA FLORES
**Case Number**: 15-03752-ESL13  **Chapter**: 13
**Date / Time / Room**: 07/19/2016 09:00 am osjcrt2
**Bankrupctcy Judge**: ENRIQUE S. LAMOUTTE
**Courtroom Clerk**: DARHMA ZAYAS
**Reporter / ECR**: CYBELLE HERNANDEZ

### Matter:

Doc# 58 Motion for Relief From Stay Under 362 [e] filed by Banco Popular De Puerto Rico With Declaration under servicemember civil relief act of 2003. Collateral: Mortgage. Post Petition Arrears: $2,516.72
Doc# 63 Debtor's Reply

### Appearances:
JOSE RAMON CARRION MORALES
ROBERTO FIGUEROA CARRASQUILLO
PATRICIA I VARELA

### Proceedings:

ORDER:

____ Upon debtor(s)' failure to:____ oppose;____ appear at the hearing scheduled for this date;____make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

✓ Debtor shall provide adequate protection to movant by:
   ✓ curing the arrears within **30** days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

____ Parties are granted ____ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

____ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

____ The automatic stay is hereby modified for loan mitigation/modification purposes only. The parties shall inform the Court within ____ days on the status of the process.

____ Movant's application to withdraw the motion is hereby granted.

____ Other:

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge