IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

REINALDO PLAZA DIAZ
MARIA DE LOS ANGELES SIERRA
FLORES

DEBTORS

CASE NO. 15-03752/ESL

CHAPTER 13

## MOTION ASSUMING LEGAL REPRESENTATION OF
## DEBTOR AND REQUEST TO BE ADDED TO MASTER ADDRESS LIST

TO THE HONORABLE COURT:

**COMES NOW, REINALDO PLAZA DIAZ** and **MARIA DE LOS ANGELES SIERRA FLROES**, the debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. On May 20, 2016, a *Motion Requesting Authorization to Withdraw and Resign as Counsel for Debtor* was filed by debtors attorney Roberto Figueroa Carrasquillo.

2. The debtors have contracted the services of the undersigned attorney to assume their legal representation in the present bankruptcy case.

3. That the undersigned attorney requests that his name and address be included in the Master Mailing List in the above captioned case as counsel for debtors REINALDO PLAZA DIAZ and MARIA DE LOS ANGELES SIERRA FLORES.

**WHEREFORE**, debtors respectfully requests that this Honorable Court grant leave to the undersigned attorney to enter appearance as debtor's counsel of record and that he be included in the Master Address List as attorney for said

Page -2 –
Motion Assuming Legal Representation of Debtor
Case no. 15-03752/ESL13

debtor in the above captioned case.

I CERTIFY that a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notification of same to: the Chapter 13 Trustee, Jose Ramon Carrion Morales Rivera, Esq.; Monsita Lecaroz Arribas, Esq., Assistant US Trustee; I also certify that a true copy of this motion was sent via US mail to the debtor to her address of record.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 10 day of September, 2016.

/s/ Roberto A. Figueroa Colón
ROBERTO A. FIGUEROA COLON
USDC #300105
FIGUEROA & SERRANO, PSC
PO BOX 1635
GUAYNABO PR 00970-1635
TEL NO. (787) 744-7699

_____
REINALDO PLAZA DÍAZ

_____
MARIA DE LOS ANGELES SIERRA FLORES