**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**REINALDO PLAZA DIAZ**
**MARIA DE LOS ANGELES SIERRA FLORES**
**aka MARIA A SIERRA FLORES, aka MARIA D**
**SIERRA FLORES, aka MARIA SIERRA FLORES,**
**aka MARIA DE LOS A SIERRA FLORES**

xxx–xx–0189
xxx–xx–0786

Debtor(s)

Case No. **15–03752 ESL**

Chapter **13**

FILED & ENTERED ON 3/5/19

## ORDER

The debtor(s) is (are) granted fourteen (14) days to reply to the Chapter 13 Trustee's unfavorable recommendation filed on 3/4/19 (Docket No. 99). Upon failure to reply timely, the Court may enter an order denying the debtor's('s) proposed post–confirmation modified plan (Docket No. 97).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, March 5, 2019 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge